UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-CR-80206-MARRA/MCCABE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARDSTENE AUTRY HUNTER,

    Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL FOR SIXTY (60) DAYS

Defendant, Gardstene Autry Hunter, through counsel, moves this Court to continue the trial for sixty (60) days, based on the following:

1. Trial is set for the period beginning December 18, 2023.

2. The defense recently received discovery on a hard drive provided by the Government but was not able to access it.  Arrangements are being made for an alternate means to provide the discovery which includes numerous videos, photos, recorded calls and texts.  Additional time is needed.  The defense then needs time to review the discovery and to determine what investigation is necessary, which may include investigation in the Bahamas.

3. The charges in this case include four counts that carry mandatory minimum sentences.

4. The Government does not oppose this motion.

WHEREFORE, Defendant moves to continue the trial for sixty (60) days.

Respectfully submitted,

MICHAEL CARUSO
FEDERAL PUBLIC DEFENDER

By: *s/Robert E. Adler*
Robert E. Adler
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
*robert_adler@fd.org* – Email

## CERTIFICATE OF SERVICE

I HEREBY certify that on December 6, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/*Robert E. Adler*
Robert E. Adler