UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.   23-CR-80206-MARRA/MCCABE

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GARDSTENE AUTRY HUNTER,

    Defendant.
_____/

## DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL FOR SIXTY (60) DAYS

Defendant, Gardstene Autry Hunter, through counsel, moves this Court to continue the trial for sixty (60) days, based on the following:

1. Trial is set for the period beginning March 25, 2024.

2. On February 27, 2024, the Government obtained a superseding indictment that expanded the alleged cocaine importation conspiracy from the month of October 2023 to February 2022 through October 2023.  The superseding indictment added an alien smuggling conspiracy charge for that same time period and a for-profit allegation to each of the individual alien smuggling counts.  This has greatly expanded the time period that the defense is investigating.  The defense is reviewing the thousands of text messages and images/photos that pertain to this expanded time period along with investigating the witnesses concerning this newly alleged period of time.  The defense investigation is complicated by the fact that witnesses are in the Bahamas.

3. Mr. Hunter is on bond.

4. The Government does not oppose this motion.

WHEREFORE, Defendant moves to continue the trial for sixty (60) days.

Respectfully submitted,

HECTOR DOPICO
INTERIM FEDERAL PUBLIC DEFENDER

By: s/Robert E. Adler
Robert E. Adler
Assistant Federal Public Defender
Attorney for Defendant
Florida Bar No. 259942
250 S Australian Avenue, Suite 400
West Palm Beach, Florida 33401
(561) 833-6288 - Telephone
robert_adler@fd.org – Email

**CERTIFICATE OF SERVICE**

I HEREBY certify that on March 12, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/Robert E. Adler
Robert E. Adler